UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
WILLIAM LAWRENCE,            )
                             )
    Plaintiff,                )
                             )
    v.                       )    NO.  3:13-0264
                             )    Judge Nixon/Bryant
MIDLAND CREDIT MANAGEMENT, INC.,)
et al.,                      )
                             )
    Defendants.              )
```

### O R D E R

The parties have filed a "Stipulation of Dismissal" of this case (Docket Entry No. 9). The telephone conference scheduled for November 20, 2013, at 9:30 a.m. (Docket Entry No. 7) is **CANCELED**. The Clerk is directed to return the file to the District Judge for his consideration of the stipulation of dismissal of this case.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge