# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WILLIAM LAWRENCE,          )
                                 )
     Plaintiff,             )
                                 )     No. 3:13-cv-00264
v.                         )     Judge Nixon
                                 )     Magistrate Judge Bryant
MIDLAND CREDIT MANAGEMENT, INC. )
and DOES 1-10,          )
                                 )
     Defendants.         )

## ORDER

The parties to this action have filed a Stipulation of Dismissal, stating they have resolved

their dispute and stipulating to dismiss Plaintiff's claims with prejudice. (Doc. No. 9.)

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is

**DISMISSED with prejudice**, with no costs taxed to any party. The Court **DIRECTS** the Clerk

of the Court to close the case.

It is so ORDERED.

Entered this the _____ 17 _____ day of June, 2013.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT